Clerk of the
Circuit Court

# IN THE CIRCUIT COURT OF PRINCE GEORGE'S COUNTY
# MARYLAND

PR GEO CO MD #16

| | FILED | ENTERED |
|---|---|---|
| | LODGED | RECEIVED |

DR. SIMON BANKS, J.D.  ]
P.O. BOX 17052  ]          JUN 1 2 2017
WASHINGTON, D.C. 22302  ]
]                          AT GREENBELT
]                          CLERK U.S. DISTRICT COURT
]                          DISTRICT OF MARYLAND
]                          BY_____DEPUTY
                **Plaintiff**  ]
]
V.                      [ Case No. CAL17-11876
]
FREDERICK FAIR          ]
2404 FRIENDSHIP HTS DR. ]
FORT WASHINGTON, MARYLAND 20744  ]
]
                **Defendant**  ]   May 5, 2017

## BANKS' MEMORANDUM OF LAW IN SUPPORT OF COMPLAINT FOR TEMPORARY, PRELIMINARY, AND PERMANENT INJUNCTIVE RELIEF AND FOR DECLARATORY JUDGMENT

### JURISDICTION

Dr. Simon Banks, Plaintiff, [hereinafter "Banks"], is now and has been a resident of the State of Maryland, Prince George's County, from on or about June 2012, at 2404 Friendship Heights Drive, Fort Washington, Maryland 20744, and this Court has statutory authority to adjudicate Banks complaint for injunctive and declaratory relief and for breach of implied contract, quasi-contract for quantum meruit; quasi-contract for unjust enrichment

### VENUE

1

Venue is proper pursuant to Md. Code Ann. (CJP) 6-201, and all events alleged occurred in Prince George's County, Maryland.

## PARTIES

1. Dr. Simon Banks, J.D., the father-in-law of defendant Fair; is a former administrative law judge, whom has represented federal employees throughout the United States, and in Okinawa, Japan, including attorneys, before federal administrative agencies which include the EEOC (29 C.F.R. § 1614.605;) the MSPB (5 C.F.R. § 1201.31), the DOL; and the U.S. OSC); from 1984 through 2004, business license in the State of Virginia, as a non-attorney representative pursuant the aforementioned and other laws of the United States, including pursuant to decision of the United States Supreme Court, *Sperry v. State of Fla.* 373 U.S. 379 (1963); *Augustine v. Department of Veterans Affairs*, 503 F.3d 1362 (Fed. Cir. 2007).

Defendant Frederick Fair, is a retired Lt. Col. Aviator, and the son-in-law of Banks, who returned to Afghanistan as a federal contractor with the United States Department of Defense, and repeated tours from 2012 through 2015.

## STATEMENT OF FACTS

1. Plaintiff, Simon Banks, [hereinafter "Banks"], has resided at 2404 Friendship Hts Drive from on or about June 2012, as a guest of both

Sandra Banks-Fair, and the defendant Frederick Fair. And Sandra Banks-Fair request that Banks continue to be a guest at her home, jointly owned by her and the defendant. **See [attached affidavit of Sandra Banks-Fair]**

2. On or about Wednesday, April 26, 2017 the defendant issued a directive demanding that the Plaintiff, Banks, vacate the home and residence of both he and Plaintiff's daughter, Sandra Banks- Fair, wife of defendant, by the weekend of May 6, 2017.  With the implied threat of unilaterally ousting Banks from the facility which Banks has been a guest since June 2012.

3. The defendant prior to April 26, 2017 had requested of Sandra Banks-Fair, his wife of some nine (9) years, that they divorce, and from on or about 2016 to the present they have resided at the facility of 2404 Friendship Hts. Drive, their mutually owned home, as separated individuals, occupying separate facilities in the house they co-owned.

4. The defendant, some seven days ago, submitted a text to Sandra Banks stating that he would renege on paying the house note and facilitate its foreclosure by on or about August 2017.

5. The defendant owes the Plaintiff some $120,000.00 for legal representation services, and has not paid one dime toward this amount

and has left the Plaintiff in dire straits, due to his non-payment for services rendered.

6. .There is no written contractual agreement between Banks and the defendant.

7. After the defendant consulted Banks, a former Administrative Law Judge, and retired federal-protected employee representative before administrative agencies of the United States since April 2004. On or about January 1 through 5, regarding his legal rights, as a federal employee; on or about January 6, 2012, the defendant, a former Lt. Col. United States Army, retained Banks to represent him in connection with his Title VII claim for discrimination in employment during his tour as a government contractor, before the United States Equal Employment Opportunity Commission **(EEOC),** and in his claim for prohibited employment practices and disparate treatment, disability, and for whistle blowing retaliation; before the United States Merit Systems Protection Board, **(MSPB);** and with the United States Office of Special Counsel **(OSC)** for violation of the Whistleblower Protection Act; and defendant further retained Banks to represent him before the United States Department of Labor **(DOL),** in defendant's claims of violation of the Veterans Preference Act (VPA), and for violation of the Veterans Employment Opportunity Act; and for violation of the Uniform Services Employment Reemployment Rights Act (USERRA).

8. .Banks has represented the defendant from 2012 through the present, and in 2016 Banks represented Frederick Fair at an administrative hearing before an administrative judge of the MSPB in connection with defendant's Veterans Employment Opportunity Act (VEOA)l; and Banks has filed appeals on behalf of the defendant before the U. S. Department of Labor, the U.S. Office of Special Counsel; and Banks has filed appeals and appeal briefs in each of the defendant's appeals, which included his mixed-case equal employment opportunity act complaint and prohibited practice act appeal before the MSPB; and Banks has filed briefs on behalf of the defendant before the U.S. Office of Special Counsel.

9. The defendant has not paid "one" penny, not a scintilla by defendant against Banks' aforementioned services to and on behalf of the defendant which exceeds One Hundred Twenty-Thousand $120,000.00, at Banks established fee of $250.00 per hour. Banks has not served upon the defendant a copy of his bill for services rendered to date. The defendant is awaiting decisions in three of his appeals; his VEOA appeal, his WPA appeal, his retaliation appeal, his prohibited personnel Act appeal, and the defendant is awaiting a hearing before an EEOC administrative judge in connection with his EEOC appeal which resulted from the MSPB claim of lack of jurisdiction of the EEOC issue, which

triggers the defendant's exhaustion right to proceed before the EEOC for an administrative hearing.

### TEMPORARY RESTRAINING ORDER
### PURSUANT TO MD. RULE 15-504

10. Banks incorporate by reference complaint for injunctive and declaratory relief.

11. Banks has shown that he is likely to succeed on the merits. To Show a likelihood of success on the merits, plaintiffs 'need not show a certainty of success." *Pashby v. Delia,* 709 F.3d, 321 (4th Cir. 2013); *Punnett v. Carter,* 621 F.2d 578, 583 (3d Cir. 1980).

12. Banks has shown that he will suffer irreparable injury unless the injunction is granted, and the public interest mitigate that Banks be afforded temporary injunctive relief. *Ehrlich v. Perez,* 394 Md. 691, 708 (2006).

13. The injunction is in the public interest. *Winter v. Nat. Res. Def. Council,* 555 U.S. 7, 20 (2008); See also, *Centro Tepeyac v. Montgomery Cty.,* 722 F.3d 184, 188-89 (4th Cir. 2013) (en banc) (outlining Winter Standard).

14. Temporary restraining order is necessary to maintain the status quo until a full adversary hearing can be held.

15. See *Washington v. Trump, No. C17-0141-JLR,* 2017, @L 452040 (W.D. Wash. Feb. 3, 2017.

16. Defendant's conduct stating that he will coerced foreclosure of the house that he and Sandra Banks-Fair, Banks' daughter own jointly coupled with his failure to pay Banks a single scintilla for benefits that Banks' bestowed upon Defendant, shows bad-faith intent, and that his conduct is tainted in totality, and impropriety, in such case the Courts usually enjoin the action. *United States v. Parke, Davis & Co.,* 362 U.S. 29, 46 (1960), and such action of the defendant impairs Banks from receiving compensation for his services provided over several years, leaving Banks in dire straits. *Action NC v. Stach,* 2016 WL 630471 at *29  (M.D.N.C.. Oct. 27, 2016). Injury is irreparable when monetary damages are inadequate or difficult to ascertain), abrogated on other grounds by *Winter.*

17. The balance of harms and interest weigh strongly in favor of granting a temporary restraining order and preliminary injunction. See *Winter,* 555 U.S. at 24.

18. The defendant is not acting as a Prudent person, pursuant to MCL § 1-405 1(b)(1), when Defendant threatens to coerce foreclosure, and threatens concomitantly to evict Banks after Banks has

provided professional services towards his benefit, which the defendant has been unjustly enriched; while at the same time berating Banks' daughter, after abandonment.

19. The Court may order restitution and/or disgorgement of ill-gotten gains. *Gem Merchandising,* 87 F.3d at 468-70; FTC v. Security Rare Coin and Bullion Corp., 931 F.2d 1312, 1314-15 (8th Cir. 1991).

20. Md. Rule 15-502(b) permits this Court to grant an injunction as justice may require. See *Dept. of Transportation v. Armacost,* 299 Md. 392, 404-05 (1984).

## DECLARATION OF RIGHTS
## PURSUANT TO MD. COURTS AND JUD. PROC. CODE ANN. § 3-403(a)

21. Banks incorporate ¶¶ 1 through 20 set forth above by reference as if pleaded fully and completely herein.

22. Banks seeks a declaration of his rights as a guest of his daughter, pursuant to her request that he retain his guest status for the time being, given the totality of the circumstances:

23. The Maryland Uniform Declaratory Judgment Act., Md. Code (1974), 1995 Repl. Vol.) §§ 3-401 through 3-415 of the Courts and Judicial Proceedings Article ("CJ."), permits the bringing of an action for the court to 'declare rights, status, and other legal relations" of the parties"


whether or not further relief is or could be claimed." C.J. § 3-403(a). The declaration of rights that constitutes the final judgment stands by itself and does not call for "executory process or coercive relief." *Davis v. State,* 183 Md. 385, 389, 37 A. 2d 880 (1944). Neverless, "(f)urther relief based on a declaratory judgment or decree may be granted if necessary or proper." C.J. § 3-4-412(a). The statutory scheme thus permits a party to bring an action for declaratory judgment, either in conjunction with that action or in a separate action, request further injunctive relief based on the rights determined by that judgment. See *Bankers and Shippers Ins. Co. v. Electro Enter., Inc.* 287 Md. 641, 653, 415 A.2d 278 (1980). Nevertheless, even though the Declaratory Judgment Act is remedial and "shall be liberally construed and administered," CJ. § 3-402, it is well settled that the existence of a justiciable controversy is an absolute prerequisite to the maintenance of a declaratory judgment action." *Boyds Civic Ass'n v. Montgomery County Council,* 309 Md. 683, 689, 526 A.2d 634 (1976); *Prince George's County Bd. Of Trustees* 269 Md. 9, 12 304 A.2d 228 (1973).

24. A declaration that Banks is authorized to continue to utilize the one-room and bath section the house as well as the patio, and exercise facility

located in the basement area of the house referenced hereof, with the permission of Sandra Banks-Fair part-owner of this very large house. *Id.*

**WHEREFORE**, Banks moves that the relief requested be granted..

**OATH** pursuant to 28 USC §1746

I, Simon Banks, Plaintiff hereby swears pursuant to the penalty of perjury, that the above-referenced statements contained in ¶¶1 through 10 and ¶16 above, are true and correct upon my personal knowledge.

_____
Simon Banks

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of this complaint and emergency proceedings was served upon Frederick Fair, at 2402 Friendship Hts Drive, Fort Washington, Maryland, 20744, via certified mail and/or personal service, via email, work telephone, and cell phone.

_____
Simon Banks, J.D., pro se
P. O. Box 17052
Alexandria, Va. 22302
571-447-3368