## AFFIDAVIT OF SANDRA BANKS

I, Sandra Banks, reside at my home located at 2404 Friendship Heights Drive, Fort Washington, Maryland 20744, and Dr. Simon Banks, J.D. is my father, whom is my guest at my house located at the facility aforementioned, and it is my wish that he remain there as my guest until "[w]e mutually determine that his guest status should end.

Pursuant to my permission as half-owner of the above-referenced housing facility with Frederick Fair, my husband. Simon Banks is authorized to enjoy any and all of the benefits that I have bestowed on him including his living accommodation, set forth on the second-floor of my house coupled with his having the privilege of utilizing my kitchen, and other amenities afforded.

## OATH

The above-referenced statement is made by me upon my personal knowledge, pursuant to the penalty of perjury.

_Sandra Banks_      5/5/2017

Sandra Banks.      Date

_Laci Gaddy_ 5MAY2017

Notary Public

My Commission expires: _____

LATRACIA GADDY

November 02