Agreement Regarding CASE No: 0502SP071302017, 9 May 2017

FILED _____ ENTERED
LODGED _____ RECEIVED

JUN 1 2 2017

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

Mr. Simon Banks, effectively immediately will longer reside at 2404 Friendship Heights Drive, Fort Washington, MD 20744.

Mr. Banks, within 30 Calendar days, will remove all his belongings: Clothing, boxes, equipment and other things that belong to him from the residence. This effort will be coordinated by Sandra Banks and approved by Mr. Fair.

Mr. Banks will immediately dismiss the case (11876) and will not seek further legal actions against    Mr. Fair.

Mr. Banks will provide Mr. Fair with emails PDF files and CD's pertaining to Mr. Fair's case within 30 days of the agreement; in addition the latest update and status of case.

Mr. Fair, will dismiss protective order once this agreement is signed and dated.

Signature_____    Date: _____

Signature_____    Date: _____